## THE HARRY AND FRED.

### KING v. THE HARRY AND FRED.

#### (Circuit Court of Appeals, Second Circuit. April 18, 1893.)

TUGS AND TOWS—TOWING OVER BAR—GROUNDING—DUTY OF TUG—KNOWLEDGE OF TOW.

A tugboat, in undertaking to tow a boat over a bar, the conditions of which are unknown to the tow, is bound to ascertain her draught, and not attempt to tow her if the water is insufficient. But when a tow is taken as usual in a long course of dealing, the requirements of which as to draught are well known to the tow, and the master of the tug has no reason to suppose that the tow is loaded deeper than allowed, and takes her in the best water, and the tow, in consequence of her unusual draught, grounds, the tug is not liable. 49 Fed. Rep. 681, affirmed.

Appeal from the District Court of the United States for the Eastern District of New York.

In Admiralty. Suit against a tug to recover for grounding tow. The libel was dismissed, (49 Fed. Rep. 681,) and libelant appeals. Affirmed.

Jas. Parker, for appellant.

Mark Ash, for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We agree with the opinion of Judge Brown, who decided this cause in the court below. The decree is affirmed, with costs of the appeal.